✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 16 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ______ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br>DANIEL JAMES DRAPER<br><br>Defendant(s). | CASE NO. 3:12-cr-0004-RCJ-VPC<br><br>ORDER OF THE COURT |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 16 day of January 2014.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE