# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL DRAPER,<br><br>　　　　Defendant. | Case No.: 3:12-CR-00004-RCJ-VPC<br><br><br>**ORDER** |

　　On August 19, 2016, the United States Court of Appeals for the Ninth Circuit granted Defendant's motion to file a second or successive 28 U.S.C. § 2255 and authorized this Court to proceed with the identical section 2255 motion protectively filed in this action.

　　Before the Court is Defendant Daniel Draper's [Protective] Abridged Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (ECF #139). Accordingly,

　　IT IS HEREBY ORDERED that pursuant to the First Amended General Order 2015-03, the Defendant shall file an Abridged Motion to Vacate on or before December 26, 2016.

　　IT IS SO ORDERED this 23rd day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　District Judge