**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES DRAPER,<br><br>Defendant. | Case No. 3:12-cr-00004-MMD-VPC<br><br>**Order** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's reply to the government's response to the supplement in support of defendant's motion seeking relief under 18 U.S.C. §3582(c) shall be due on or before August 1, 2024.

DATED: July 29, 2024

_____
THE HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE